In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00512-CV
_____

EVERETT GRIFFITH, JR. & ASSOCIATES, INC., Appellant

V.

EVADALE WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1,
Appellee

On Appeal from the 1A District Court
Jasper County, Texas
Trial Cause No. 31715

ORDER

The appellant, Everett Griffith, Jr. & Associates, Inc., filed a notice of bankruptcy. *See* Tex. R. App. P. 8.1. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ENTERED January 8, 2015.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

1